UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00188-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SYLVESTER W. DUTCHIE,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, June 6, 2008,** and responses to these motions shall be filed by **Monday, June 16, 2008.** It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a later date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 30, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: May 30, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge